# UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF NORTH CAROLINA

| | |
|---|---|
| **MELISSA MORRISON,** | ) |
| Plaintiff. | ) Case No.: |
| v. | ) 5:21-cv-00087-KDB-DCK |
| **SPHERION STAFFING LLC,** | ) |
| Defendant. | ) |

## NOTICE OF SETTLEMENT

TO THE CLERK:

NOTICE IS HEREBY GIVEN that the parties in the above-captioned case have reached settlement. The parties anticipate filing a stipulation of dismissal of this action with prejudice pursuant to Fed. R. Civ. P. 41 (a) within sixty (60) days.

Dated: 08/23/2021          By: /s/ *Mitch Luxenburg*
                               Mitch Luxenburg, Esq.
                               The Law Firm of Mitch Luxenburg
                               P.O. Box 22282
                               Beachwood, Ohio 44122
                               Phone: (216) 650-1590
                               Email: mitch@mluxlaw.com

# CERTIFICATE OF SERVICE

I, Mitch Luxenburg, Esquire, do certify that I served a true and correct copy of the Notice of Settlement in the above-captioned matter, upon the following via CM/ECF system:

Nathan D. Chapman
Kabat, Chapman, & Ozmer LLP
171 17th Street NW, Suite 1550
Atlanta, GA 30363
404-400-7300
Email: nchapman@kcozlaw.com
Attorneys for Defendant

Christian Turner
Spherion Staffing LLC
3625 Cumberland Boulevard, Suite 600
Atlanta GA 30339
770-937-7120
christianturner@spherion.com

Dated: 08/23/2021                By: /s/ *Mitch Luxenburg*
                                 Mitch Luxenburg, Esq.
                                 The Law Firm of Mitch Luxenburg
                                 P.O. Box 22282
                                 Beachwood, Ohio 44122
                                 Phone: (216) 650-1590
                                 Email: mitch@mluxlaw.com