UNITED STATES DISTRICT COURT
FOR THE
WESTEREN DISTRICT OF NORTH CAROLINA

| | |
|---|---|
| **MELISSA MORRISON** | ) |
| | ) |
| *Plaintiff* | ) |
| | ) Case No.: 5:21-cv-00087-KDB-DCK |
| v. | ) |
| | ) |
| **SPHERION STAFFING, LLC** | ) |
| | ) |
| **Defendant** | ) |

## NOTICE OF VOLUNTARY DISMISSAL

TO THE CLERK:

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), Plaintiff voluntarily dismisses the Complaint with prejudice.

Dated: September 28, 2021      BY: */s/ Mitch Luxenburg*
　　　　　　　　　　　　　　　　 Mitch Luxenburg
　　　　　　　　　　　　　　　　Solo practitioner Oh, NC, MD and local
　　　　　　　　　　　　　　　　Law Offices of Mitchell Luxenburg
　　　　　　　　　　　　　　　　PO Box 22282
　　　　　　　　　　　　　　　　Beachwood, OH 44122
　　　　　　　　　　　　　　　　(216) 452-9301
　　　　　　　　　　　　　　　　Mitch@MLuxLaw.com
　　　　　　　　　　　　　　　　Attorney for Plaintiff

# CERTIFICATE OF SERVICE

I hereby certify that on this 28th day of September, 2021, a true and correct copy of the foregoing pleading served via mail to the below:

Mattjew A. Keilson, Esq.
Kabat Chapman & Ozmer LLP
171 17th Street NW
Suite 1550
Atlanta, GA 30363
Direct: (404) 400-7318
Email: mkeilson@kcozlaw.com
www.kcozlaw.com

/BY: */s/ Mitch Luxenburg*
Mitch Luxenburg
Solo practitioner Oh, NC, MD and local
Law Offices of Mitchell Luxenburg
PO Box 22282
Beachwood, OH 44122
(216) 452-9301
Mitch@MLuxLaw.com